**E-filing**

FILED
C3 JUL 16 AM 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  Holmes,  Victor  D.
      (Last)   (First)  (Initial)

Prisoner Number  V67190

Institutional Address  San Quentin State Prison
San Quentin, CA.  94974

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Victor Dwayne Holmes
(Enter the full name of plaintiff in this action.)

vs.

San Quentin State Prison

(Enter the full name of the defendant(s) in this action))

Case No. CV 08 3423 MMC (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

     [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

     A.  Place of present confinement  San Quentin State Prison

     B.  Is there a grievance procedure in this institution?
             YES (X)     NO ( )

     C.  Did you present the facts in your complaint for review through the grievance procedure?
             YES ( )     NO (X)

     D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3  1. Informal appeal _I was paroled on 12/14/07 and I_
4  _was going through disciplinary actions and_
5  _medical proceedures_ 2. First
6  formal level _____
7
8
9  3. Second formal level _____
10
11  _____ 4 Third
12  formal level _____
13
14
15  E.  Is the last level to which you appealed the highest level of appeal available to
16     you?
17         YES ( )    NO (X)
18  F.  If you did not present your claim for review through the grievance procedure,
19  explain why. _I was paroled to the streets with no funds_
20  _and no kind of information on how to proceed._
21
22  II. Parties
23  A.  Write your name and your present address. Do the same for additional plaintiffs,
24     if any.
25  _Victor Dwayne Holmes_
26  _370 South St._
27  _Richmond, CA. 94804_
28  B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                -2-

1  place of employment.
2  San Quentin State Prison
3  R.C. Records
4  CCI Morgan H. CCCMS Suite R
5  San Quentin State Prison
6  _____ III.
7  Statement of Claim
8      State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11  separate numbered paragraph.
12  While I was working in R.C. Records
13  department in San Quentin State Prison
14  on or about August 30th, 2007, I was inst-
15  ructed to clean out a closet with heavy
16  materials of more than seventy (70) pounds.
17  When I went to pick up a box of copying
18  paper I experienced excruciating pain in my
19  lower back. At which time they told me not
20  to move and I was to the infirmary by an ambu-
21  lance. I was given Naproxen (500mg) for pain and
22  methocarbinal for muscle relaxation and sent
23  back to my dorm. As of today 7/7/08 I am still exp-
24  eriencing excruciating pain.
25  IV.   Relief
26      Your complaint cannot go forward unless you request specific relief. State briefly exactly
27  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28

COMPLAINT                                   - 3 -

1  I want to be compensated for pain and
2  suffering. Due to my injury I cannot
3  work as a mover and an auto mechanic.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___7th___ day of ___July___, 20 _08_

_____
(Plaintiff's signature)

COMPLAINT                                  - 4 -



7-7-08

[signature]